

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2019

No. 04-19-00369-CV

**IN THE INTEREST OF N.N.M.**, a Child,

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 17-01-13061-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Liza A. Rodriguez, Justice

On October 16, 2019, in accordance with our opinion of that date, we abated Appellant Don S.'s appeal for appointment of new appellate counsel. A supplemental clerk's record has now been filed showing that on November 19, 2019, the trial court appointed Alana Pearsall to represent Appellant Don S. Therefore, we REINSTATE the appeal on the docket of this Court and ORDER Appellant Don S.'s brief due on **December 27, 2019**. Appellee's brief will be due twenty days after Appellant Don S. files his brief.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

Entered on this 5th day of December, 2019.

                                                   **PER CURIAM**

Attested to: _____
                Michael A. Cruz,
                Clerk of Court